NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ULTRAVISION TECHNOLOGIES, LLC,**

*Appellant*

**v.**

**GLUX VISUAL EFFECTS TECH (SHENZHEN) CO., LEYARD OPTOELECTRONIC CO., SHENZHEN LIANTRONICS CO., LTD., UNILUMIN GROUP CO., LTD.,**

*Appellees*

---

2022-1342, 2022-1343

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2020-01049, IPR2020-01050.

---

**JUDGMENT**

---

PETER LAMBRIANAKOS, Fabricant LLP, Rye, NY, argued for appellant.  Also represented by ALFRED ROSS FABRICANT, JOSEPH M. MERCADANTE, VINCENT J. RUBINO, III.

KEVIN PAUL MARTIN, Goodwin Procter LLP, Boston, MA, argued for appellees.  Also represented by JORDAN

BOCK; NAOMI BIRBACH, LINNEA P. CIPRIANO, New York, NY; MONTE COOPER, Redwood City, CA; PATRICK MCCARTHY, Washington, DC.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 13, 2023                    /s/ Peter R. Marksteiner
        Date                          Peter R. Marksteiner
                                      Clerk of Court